PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALEJANDRA CERDA, | ) CIVIL NO. 1:22-cv-00406-BAM |
|    Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER<br>) FOR EXTENSION OF TIME |
|    vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner<br>   Of Social Security, | ) |
|    Defendant. | ) |

     IT IS HEREBY STIPULATED, by and between Alejandra Cerda ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Opening Brief (ECF No. 12) be extended by 14 days. The current deadline is November 11, 2022, and the new deadline would be November 25, 2022. Plaintiff shall file any reply on or before December 12, 2022. This is the second extension of time requested in the above-captioned matter and the first extension of time requested concerning Defendant's response to Plaintiff's Opening Brief. Undersigned defense

STIPULATION AND ~~PROPOSED~~ ORDER                                CASE NO.: 1:22-cv-00406-BAM

counsel respectfully requests this additional time due to overlapping deadlines—she currently has four dispositive motions due within a two-day period.

Date:  October 25, 2022                    NEWEL LAW

                                                    By:  /s/ *Melissa Newel*\*
MELISSA NEWEL
(*Authorized by e-mail on October 25, 2022)
Attorneys for Plaintiff

Date:  October 25, 2022                    PHILLIP A. TALBERT
United States Attorney

                                                    By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

### ORDER

Pursuant to stipulation, good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response on or before November 25, 2022.  Plaintiff's reply, if any, shall be filed on or before December 12, 2022.

IT IS SO ORDERED.

Dated:  **October 26, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                             UNITED STATES MAGISTRATE JUDGE